USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMBLI LIMITED, a United Kingdom private limited company,<br><br>            Plaintiff,<br><br>    -against-<br><br>DISCOUNT HYDROPONICS, LLC, a New York limited liability company; and DOES 1 through 10,<br><br>            Defendant. | 1:25-cv-07032-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on August 25, 2025, by the filing of a Complaint [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant on September 8, 2025, and proof of such service having been filed on September 9, 2025 [ECF No. 9], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on February 19, 2026 [ECF No. 19] (the "Motion"), and Plaintiff having served the Motion on Defendants [ECF No. 25], and no opposition having been filed, it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **July 23, 2026 at 10:00AM.** The Hearing will be held remotely. To join the Hearing, dial +1 646-453-4442 and enter access code 154 447 814#.

It is FURTHER ORDERED that Plaintiff must serve this Scheduling Order and another copy of all papers in support of Plaintiff's motion on Defendant on or before June 17, 2026. Proof of service must be filed on the docket by June 20, 2026.

**SO ORDERED.**

**Dated: June 26, 2026**
**New York, New York**                         _____
                                               **HON. MARY KAY VYSKOCIL**
                                               **United States District Judge**