USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMBLI LIMITED, a United Kingdom private limited company,<br><br>Plaintiff,<br><br>v.<br><br>DISCOUNT HYDROPONICS, LLC, a New York limited liability company; and DOES 1-10.<br><br>Defendants. | Case No.: 1:25-cv-7032-MKV<br><br>~~**[PROPOSED]**~~ **DEFAULT JUDGMENT AGAINST DEFENDANT DISCOUNT HYDROPONICS, LLC** |

~~[PROPOSED]~~ JUDGMENT:

The Court, having considered Plaintiff's Motion for Default Judgment Against Defendant Discount Hydroponics, LLC, and for good cause shown, HEREBY GRANTS the Motion and ORDERS as follows:

1. Judgment is entered in favor of Hambli Limited and against Discount Hydroponics, LLC for copyright and trademark infringement;
2. Defendant Discount Hydroponics, LLC is liable to Hambli Limited for damages in the amount of $100,383.20, as well as Hambli Limited's attorney's fees in the amount of $1,725; Hambli Limited's costs in the amount of $585; and $4,635.25 in pre-judgment interest.

**SO ORDERED.**

Dated: July 23, 2026

By: Mary Kay Vyskocil
Hon. Mary Kay Vyskocil
United States District Judge